LAW + BRANDMEYER LLP
JACOB ROSENBERG 327598
JROSENBERG@LAWBRANDMEYER.COM
385 E. COLORADO BLVD. SUITE 200
PASADENA, CALIFORNIA 91101
(T) (626) 243-5500
(F) (626) 243-4799

POWERS PYLES SUTTER & VERVILLE PC
Matthew S. Freedus (DC Bar No. 475887, *pro hac vice*)
1250 Connecticut Ave NW, 8th Floor
Washington, DC 20036
202.466.6550
matthew.freedus@powerslaw.com

*Attorneys for Defendant Ian B. Tilley, M.D.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAIZEL BLUMBERGER,<br><br>        *Plaintiff*,<br><br>vs.<br><br>CALIFORNIA HOSPITAL MEDICAL CENTER, IAN B. TILLEY, M.D., *et al.*,<br><br>        *Defendants*. | No. 22−cv−06066 FLA (JCx)<br><br>**STIPULATION TO EXTEND OPPOSITION DEADLINE TO MOTIONS TO REMAND AND CONTINUE HEARING DATE**<br><br>[Proposed] Order filed herewith]<br>Hearing date:  June 6, 2025<br><u>Hearing time:</u>  1:30 pm<br><u>Ctrm:</u>  6B<br><br>Honorable Fernando L. Aenlle-Rocha<br>United States District Judge |

1

STIPULATION TO EXTEND OPPOSITION DEADLINE TO MOTIONS TO REMAND AND CONTINUE HEARING DATE

1  IT IS HEREBY STIPULATED by and between the parties, through their
2  undersigned counsel, and subject to the Court's approval, to continue Defendant Ian
3  B. Tilley's deadline to file an opposition to the United States's and Plaintiff's
4  motions to remand to Friday, May 23, 2025, and to continue the hearing on those
5  motions to July 11, 2025. The reasons for this stipulation are set forth in the
6  accompanying Declaration of Matthew S. Freedus.

LAW + BRANDMEYER LLP

/s/ *Jacob Rosenberg*
Jacob Rosenberg
385 E. Colorado Boulevard, Suite 200
Pasadena, CA 91101
626.243.5500 (telephone)
626.243.4799 (facsimile)
jrosenberg@lawbrandmeyer.com

POWERS PYLES SUTTER & VERVILLE PC

/s/ *Matthew S. Freedus**
Matthew S. Freedus (*pro hac vice*)
1250 Connecticut Ave NW, 8th Floor
Washington, DC 20036
202.466.6550
matthew.freedus@powerslaw.com

*Attorneys for Defendant Ian B. Tilley*

2

STIPULATION TO EXTEND OPPOSITION DEADLINE TO MOTIONS TO REMAND AND CONTINUE HEARING DATE

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　/s/Ryan C. Chapman
RYAN C. CHAPMAN
Assistant United States Attorney

Attorneys for Movant
United States of America



THE LAW OFFICES OF BARRY NOVACK


/s/ *Samuel J. Winokur*
Samuel J. Winokur
8383 Wilshire Blvd, Suite 830
Beverly Hills, CA 90211
(323) 852-1030; (323) 852-9855 FAX
samuel@novacklaw.com

*Attorneys for Plaintiff Raizel Blumberger*

\* *Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

3

STIPULATION TO EXTEND OPPOSITION DEADLINE TO MOTIONS TO REMAND AND CONTINUE HEARING DATE

# DECLARATION OF MATTHEW S. FREEDUS

I, Matthew S. Freedus, do hereby declare and state as follows:

1. I represent Ian B. Tilley, M.D. in this removal action to assert his claim to immunity under 42 U.S.C. § 233(a). I make this declaration based upon my personal knowledge and familiarity with the record in these proceedings. If called as a witness and placed under oath, I could and would testify competently thereto.

2. I departed Feldesman Leifer LLP to move my practice to Powers Pyles Sutter & Verville PC, effective May 5, 2025. That transition—which included client elections and the transfer of files in numerous federal court cases—caused an inadvertent scheduling conflict with respect to the June 6, 2025 hearing date in this matter, along with other logistical challenges.

3. This request to extend the briefing schedule and hearing date is not for purposes of delay.

4. With the requested extension and continuance, I will have sufficient time to prepare a thorough and complete brief, which would be most helpful to the Court, and otherwise prepare for the related hearing.

5. Good cause also exists to grant the requested hearing date. The United States' counsel has informed me that he will be on prescheduled leave and unavailable for a hearing or to otherwise work on this case between June 16 through June 27. The requested hearing date is the first available date that accommodates the schedules for all counsel for the parties.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 15, 2025, in Washington, DC.

*/s/ Matthew S. Freedus*

# Certificate of Service

On May 15, 2025, I certify that I electronically filed the foregoing with the clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system.

By: */s/ Matthew S. Freedus*