LAW + BRANDMEYER LLP
JACOB ROSENBERG 327598
JROSENBERG@LAWBRANDMEYER.COM
385 E. COLORADO BLVD. SUITE 200
PASADENA, CALIFORNIA 91101
(T) (626) 243-5500
(F) (626) 243-4799

POWERS PYLES SUTTER & VERVILLE PC
Matthew S. Freedus (DC Bar No. 475887, *pro hac vice*)
1250 Connecticut Ave NW, 8th Floor
Washington, DC 20036
202.466.6550
matthew.freedus@powerslaw.com

*Attorneys for Defendant Ian B. Tilley, M.D.*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAIZEL BLUMBERGER, <br><br> *Plaintiff*, <br><br> vs. <br><br> CALIFORNIA HOSPITAL MEDICAL CENTER, IAN B. TILLEY, M.D., *et al.*, <br><br> *Defendants*. | No. 22−cv−06066 FLA (JCx) <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND OPPOSITION DEADLINE TO MOTIONS TO REMAND AND CONTINUE HEARING DATE (ECF No. 59)** |

The Court, having considered the parties Stipulation and finding good cause therefore, hereby GRANTS the Stipulation and ORDERS as follows:

1

The deadline to oppose the United States's Motion to Remand (ECF No. 56) and Plaintiff's Motion to Remand (ECF No. 58) is extended and the hearing date on those motions is continued. Any opposition shall be due no later than May 23, 2025. The hearing is continued until July 11, 2025 at 1:30 pm.

IT IS SO ORDERED.

Dated: _____                    _____
                                     FERNANDO L. AENLLE-ROCHA
                                     United States District Judge